# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

LOUISIANA SERVICES NETWORK
DATA CONSORITUM, ET AL

VERSUS

MICHAEL J. WAGUESPACK, IN
HIS CAPACITY AS LOUISIANA
LEGISLATIVE AUDITOR AND
RODNEY WAYNE SCHAMERHORN

NO.  2024 CW 1248

JANUARY 13, 2024

---

In Re:    Louisiana    Legislative    Auditor's    and    Louisiana
Legislative Audit Advisory Council's Application for
Supervisory  Writs,  applying  for  supervisory  writs,
19th Judicial District Court, Parish of East Baton
Rouge, No. 752676.

---

BEFORE:   THERIOT, HESTER, AND EDWARDS, JJ.

**WRIT DENIED.**  The Exception of No Cause of Action filed by
defendants, the Louisiana Legislative Auditor, through Michael
J. "Mike" Waguespack, CPA, in his capacity as Legislative
Auditor, and Rodney Wayne Schamerhorn, in his capacity as Chair
of the Louisiana Legislative Audit Advisory Council, and
directed to the First Amended Petition for Declaratory Judgment
was rendered moot by the filing of the Second Amended Petition
for Declaratory Judgment. <u>See</u> **Smith v. Cannon**, 43,964 (La. App.
2d Cir. 1/28/09), 2 So.3d 1227, 1230, <u>writ denied</u>, 2009-0668
(La. 6/19/09), 10 So.3d 734; **Barker v. Merrick**, 2019-1124 (La.
App. 1st Cir. 12/23/19), 2019 WL 7166787 (unpublished).

**MRT**
**CHH**
**BDE**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT